**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1025**

---

BELINDA PARKER,

                    Plaintiff - Appellant,

    versus

LOUIS CALDERA, Secretary of the Army, U.S.
Department of the Army,

                    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-99-493-3)

---

Submitted: April 13, 2000        Decided: April 20, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Belinda Parker, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Edward John Martin, UNITED STATES ARMY, Arlington, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Belinda Parker appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. We find that the district court properly denied Parker's claims because she failed to exhaust her administrative remedies, see 29 C.F.R. § 1614.105 (1999); failed to timely file suit in the district court, see 42 U.S.C. § 2000e-16(c) (1994); Brown v. General Servs. Admin., 425 U.S. 820, 829-32 (1976); and failed to allege a cognizable adverse employment action. See Page v. Bolger, 645 F.2d 227, 233 (4th Cir. 1981). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED